CORA B. LUCE, as Administratrix of the Estate of WALTER
   M. LUCE, Deceased, Appellant, *v.* NEW YORK, CHICAGO
   AND ST. LOUIS RAILROAD COMPANY, Respondent.

*Appeal — order of Appellate Division reversing order denying motion
to dismiss complaint and granting motion not appealable to Court
of Appeals, no final judgment having been entered.*

*Luce* v. *N. Y., C. & St. L. R. R. Co.*, 213 App. Div. 374, appeal
dismissed.

(Argued October 16, 1925; decided October 30, 1925.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 7, 1925, which reversed an order of Special Term
denying a motion by defendant for a dismissal of the
complaint and granted said motion.

*Hamilton Ward* for motion.

*Evan Hollister* opposed.

Appeal dismissed, with costs, on ground that order
is not appealable, no final judgment having been entered;
no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.